IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GEOVANI HERNANDEZ**　　　　　　　　　　　　　　**PETITIONER**
**REG #29339-479**

v.　　　　　　　　No. 2:25-cv-203-DPM-PSH

**C. HUMPHREY, Warden**　　　　　　　　　　　　　**RESPONDENT**

ORDER

Unopposed partial recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion, *Doc. 3*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
5 December 2025