IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GEOVANI HERNANDEZ                                          PETITIONER
REG #29339-479

v.                              No. 2:25-cv-203-DPM

C. HUMPHREY, Warden                                        RESPONDENT

ORDER

Unopposed partial recommendation, *Doc. 19*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Hernandez's § 2241 petition will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2026