## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**GEOVANI HERNANDEZ**                                          **PETITIONER**
**REG #29339-479**

**v.**                              **No. 2:25-cv-203-DPM**

**C. HUMPHREY, Warden**                                       **RESPONDENT**

## JUDGMENT

Hernandez's § 2241 petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2026